# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENE ANTHONY HARRY ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, et al.,<br><br>Defendants. | Case No.: 2:21-cv-00262-RFB-VCF<br><br>**ORDER** |

Upon a review of the record, this case was inadvertently opened and assigned to the undersigned district judge and magistrate judge.

IT IS THEREFORE ORDERED that the Clerk of Court shall reassign and close this case.

DATED: February 18, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE